622

Argued November 27, affirmed November 27, petition for
rehearing denied December 27, 1972, petition for
review denied February 21, 1973

STATE OF OREGON, *Respondent, v.* TERRY
LARON POLLARD (No. C-72-01-0101 Cr),
*Appellant.*

502 P2d 1391

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.